**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOHN DEL SIMMONS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-22-CV-101-KC-ATB** |
| | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On this day, the Court considered United States Magistrate Judge Anne T. Berton's

Report and Recommendation ("R&R"), ECF No. 33.  On February 10, 2026, Plaintiff filed a

Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) ("Motion"), ECF No.

25.[1]  Pursuant to Paragraph 2(c) of the Court's May 1, 2012, Standing Order, this case was

referred to Judge Berton.

Judge Berton filed the R&R on May 14, 2026, recommending that the Court grant the

Motion.  Parties have fourteen days from a service of a Report and Recommendation of a United

States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[2]  Over fourteen

days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of

---

[1] The Magistrate Judge noted that "[a]lthough the motion is styled as one submitted by Plaintiff John Del Simmons, the real party in interest is Attorney Bryan Konoski, who represented Simmons before this Court on his [social security] appeal."  R&R 1.  Like in the R&R, the Court will refer to the Motion as Konoski's motion.  *See id.* at 1 n.1.

[2] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 33, in its entirety, and **GRANTS** the Motion, ECF No. 25. Attorney Bryan Konoski shall be **AWARDED** attorney's fees under 42 U.S.C. § 406(b) in the net amount of $12,668.50 to be paid out of Plaintiff's past-due benefits in accordance with agency policy.

The case remains closed.

**SO ORDERED.**

**SIGNED this 1st day of June, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE